UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CRISTHIAN FLORES, AND<br>MARIA SEGOVIA, INDIVIDUALLY<br>AND ON BEHALF OF A.B., A MINOR,<br>*Plaintiffs* | § § § § § § | |
| vs. | § § § | CIVIL ACTION NO. 7:21-cv-0042 |
| DARRICK PETERS<br>*Defendant* | § § | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Christian Flores and Maria Segovia, Individually and on Behalf of A.B., a Minor, requests leave of court to file an amended complaint.

1. Plaintiffs are Christian Flores and Maria Segovia, Individually and on Behalf of A.B., a Minor; Defendant is Darrick Peters.

2. Plaintiffs sued Defendant Peters (originally in state court) for negligence and negligence per se arising out of a motor vehicle collision that occurred on January 10, 2020.

3. Plaintiffs filed their Original Petition with the Hidalgo County, Texas District Clerk's office on December 29, 2020. Defendant Peters filed his answer and Notice of Removal to Federal Court on February 1, 2021. Plaintiffs now seek leave to amend their complaint because more than 21 days have passed since Defendant Peters served his answer and Defendant Peters is unopposed to this filing.

4. Specifically, it is believed that at the time of the collision, Defendant Peters was acting within the scope of his employment with Vestas-American Wind Technology, Inc. Plaintiffs seek leave to add Vestas-American Wind Technology, Inc. as a Defendant under the theory of

1

Respondeat Superior.

5. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis,* 371 U.S. 178, 182 (1962); *see Runnion v. Girl Scouts of Greater Chi. & Nw. Ind.,* 786 F.3d 510, 519-20 (7th Cir. 2015). Leave to amend should be freely given when justice so requires. FED. R. CIV. P. 15(a)(2); *Foman,* 371 U.S. at 182; *C.F. v. Capistrano Unified Sch. Dist.,* 654 F.3d 975, 985 (9th Cir. 2011).

6. The Court should allow the filing of Plaintiffs' amended pleading because it is appropriate and necessary. *See Gamma-10 Plastics, Inc. v. Am. President Lines, Ltd.,* 32 F.3d 1244, 1255-56 (8th Cir. 1994). Specifically, it was not until Defendant Peters filed his Certificate of Disclosure of Interested Parties on February 12, 2021 that Plaintiffs learned the name of his employer. Now that Plaintiffs have that information, they can bring Defendant Peters' employer in as an additional defendant under a theory of Respondeat Superior. The Court should allow the filing of Plaintiffs' amended pleading because Plaintiffs are not guilty of undue delay. *Scott v. Family Dollar Stores, Inc.,* 733 F.3d 105, 117-18 (4th Cir. 2013). Plaintiffs have diligently moved to amend shortly after learning the name of the Defendant Peters' employer at the time of the collision.

7. Defendant Peters will not be prejudiced by any delay that Plaintiffs' amended pleading may cause. *Pasternack v. Shrader,* 863 F.3d 162, 174 (2d Cir. 2017); *Auster Oil & Gas, Inc. v. Stream,* 764 F.2d 381, 391 (5th Cir. 1985). Further, the Court will not be substantially burdened by any delay that Plaintiffs' amended pleading may cause. *See Mayeaux v. La. Health Serv. & Indem. Co.,* 376 F.3d 420, 427 (5th Cir. 2004). This case is still in its infancy. This Court held its initial pretrial and scheduling conference on March 3, 2021. The parties have not completed written discovery and depositions have not been taken.

8. Finally, the Court should allow the filing of Plaintiffs' amended pleading because Plaintiffs

are not guilty of bad faith. *See Foman v. Davis,* 371 U.S. 178, 182 (1962).

9.  Plaintiffs are filing its amended complaint along with this motion.

10. For these reasons, Plaintiffs ask the Court to grant leave to file the amended petition that has been filed with this Motion.

        Respectfully submitted,

        LAPEZE & JOHNS, P.L.L.C.

        _____
        Keith W. Lapeze
        Texas Bar No. 24010176
        SD Bar No. 24437
        Taylor Shipman
        Texas Bar No. 24079323
        taylor@lapezejohns.com
        601 Sawyer Street, Suite 650
        Houston, Texas 77007
        (713) 739-1010 Telephone
        (713) 739-1015 Fax

        ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing documents was filed and served via the Court's CM/ECF system.

_____
Keith W. Lapeze

4