Case 7:21-cv-00042   Document 30   Filed on 03/23/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| CRISTHIAN FLORES, AND MARIA SEGOVIA, INDIVIDUALLY AND ON BEHALF OF A.B., A MINOR | § § § § | |
| V. | § § | CIVIL ACTION NO. 7:21-CV-00042 |
| DARRICK G. PETERS | § § | JURY DEMANDED |

### ORDER GRANTING AMENDED JOINT STIPULATION OF DISMISSAL

After considering the Amended Joint Stipulation of Dismissal filed by the parties and after conducting a hearing to consider the propriety of the settlement as presented, the Court ACCEPTS the parties' Joint Stipulation of Dismissal as Amended and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure DISMISSES this case in all of its particulars with prejudice to refiling.

SIGNED this 23rd of March, 2022.

_____
U.S. DISTRICT JUDGE

*Copies to:*
- Patrick R. Kasperitis, pat@dcklawyers.com
- Keith W. Lapeze, keith@lapezejohns.com
- Guillermo Tijerina, memo@tdlawtx.com